No. 108. National Surety Corp. *v.* United States for the use and benefit of Olmos Building Materials Co. C. A. 5th Cir. Certiorari denied. *Dayton G. Wiley* for petitioner.

No. 109. LeTowt et ux. *v.* Commissioner of Internal Revenue. C. A. 3d Cir. Certiorari denied. Petitioners *pro se. Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Gilbert E. Andrews* for respondent.

No. 112. West Virginia ex rel. Dandy *v.* Thompson, Judge, et al. Supreme Court of Appeals of West Virginia. Certiorari denied. *Stanley E. Preiser* for petitioner. *Charles M. Walker* for respondents.

No. 113. Thomas et ux. *v.* United States. C. A. 9th Cir. Certiorari denied. *Bayley Kohlmeier* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Melva M. Graney* for the United States.

No. 119. Brown *v.* Orleans Parish School Board. Supreme Court of Louisiana. Certiorari denied. *Edward M. Carmouche* for petitioner. *Samuel I. Rosenberg* for respondent.

No. 122. International Brotherhood of Electrical Workers, Local Union 1377, AFL–CIO *v.* National Labor Relations Board. C. A. 6th Cir. Certiorari denied. *Thurlow Smoot* for petitioner. *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.